# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| Melissa C., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MARTIN O'MALLEY, )<br>Commissioner of Social Security, )<br>)<br>    Defendant. ) | Case No. 22-cv-3238 |

## ORDER

Pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3), Plaintiff Melissa C.'s Complaint (Doc. 1) seeks judicial review of Defendant Commissioner of Social Security's (Commissioner's) decision denying her application for Social Security benefits. Before the Court is Plaintiff's Brief (Doc. 9), Commissioner's Brief (Doc. 14), Plaintiff's Reply (Doc. 15), and Magistrate Judge Karen McNaught's October 15, 2024 Report and Recommendation (Doc. 16). Judge McNaught recommends that the Commissioner's decision to deny Plaintiff's benefits be affirmed and Plaintiff's request for remand be denied. More than fourteen days have elapsed since the Report and Recommendation was filed and no objections have been made. Fed. R. Civ. 72(b)(2); 28 U.S.C. § 636(b)(1). Therefore, any objections the to the Report and Recommendation have been waived and the Court will review the Report and Recommendation for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Plaintiff claims that the Administrative Law Judge ("ALJ") erred because the residual functional capacity ("RFC") determination failed to account for Plaintiff's mild mental limitations. The Court finds no clear error and concurs with Magistrate Judge's thorough factual and legal discussion and recommendation. Accordingly, the Court adopts the Report and Recommendation (Doc. 16). The Commissioner's Brief in support of the ALJ's decision (Doc. 14) is GRANTED. The Plaintiff's Brief in support of remand (Doc. 9) is DENIED.

IT IS ORDERED that the decision denying benefits to Plaintiff Melissa C. is AFFIRMED. The Clerk of the Court is directed to enter judgment in favor of the Defendant Commissioner and against Plaintiff. This case is terminated.

ENTER: November 12, 2024

_____
COLLEEN R. LAWLESS
UNITED STATES DISTRICT JUDGE